UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                                          :

MATTHEW   LAYCHOCK

                                  : Bankruptcy No. 18-13546JKF
Debtor(s)                : Chapter 13

## ORDER

AND NOW, after notice and hearing, the above-captioned case is hereby dismissed.

BY THE COURT

_Jean K. FitzSimon, B. J._

**Date: November 14, 2018**

Interested parties:

Polly A. Langdon, Esq.
William C. Miller, Esq.
Interim Chapter 13 Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606

ROBERT C LEITE-YOUNG
ROACH LEITE & MANYIN LLC
6950 CASTOR AVENUE
PHILADELPHIA PA 19149-

MATTHEW   LAYCHOCK
525 RYERS AVENUE
CHELTENHAM,PA.19012